AUSA: Philip Jacques Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Samantha Rasmussen Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Tyrell BROWNNEE

Case No. Case: 2:26−mj−30523
Assigned To : Unassigned
Assign. Date : 8/27/2026
Description: CMP USA V. BROWNNEE (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 25, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in posession of ammunition. |

This criminal complaint is based on these facts:
see attached affidavit.

☐ Continued on the attached sheet.

Sami Rasmussen
*Complainant's signature*

Samantha Brockmiller-Rasmussen, Special Agent (A.T.F.)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Kim G Alt
*Judge's signature*

Date August 27, 2026

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, U. S. Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF
CRIMINAL COMPLAINT

I, Samantha Brockmiller-Rasmussen, being first duly sworn, hereby state:

## INTRODUCTION

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516, Title 18, United States Code. I have been employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, as a Special Agent since December of 2023. I completed the Federal Law Enforcement Training Center Criminal Investigator Training Program and the ATF Special Agent Basic Training Program in Glynco, Georgia.

2. Prior to becoming a Special Agent with ATF, I was an Intelligence Analyst with the Oakland County Sheriff's Office for approximately one year. I obtained a Master of Science degree in Criminology and a Bachelor of Science degree majoring in Criminology and Criminal Justice and Psychology from Florida State University.

3. I am a Special Agent in Group IV, which is responsible for conducting investigations related to violent crime and/or gangs. During my employment, I, and Agents assigned to this investigation, have conducted and/or participated in numerous criminal investigations involving the illegal possession, use, and sale of firearms, drug trafficking violations, fraud, and criminal street gangs.

4. This affidavit is made in support of an application for a criminal complaint for Tyrell BROWNNEE (01/19/2005), a/k/a "Rell".

5. I have probable cause to believe that BROWNNEE, who knew he was a convicted felon, knowingly possessed ammunition, which traveled in interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

6. I make this affidavit based on my participation in this investigation, interviews conducted by myself and other law enforcement agents, reports from other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

7. The information in this affidavit is for the limited purpose of establishing probable cause and does not contain all details or all facts relating to this investigation.

## PROBABLE CAUSE

8. On August 25, 2026, ATF Special Agent obtained a federal search warrant for Tyrell BROWNNEE's residence located in Highland Park, Michigan (Case No. 25-50093-19). On August 27, 2026, at approximately 7:30AM, ATF agents and the Detroit Police Department ("DPD") executed the warrant. Agents called BROWNNEE out from the basement of the residence and detained him at the top of the basement stairs.

9. After agents secured the residence, they conducted a systematic search. Agents found the following items from the basement bedroom inside the residence:

a. One extended firearm magazine containing nine rounds of 9mm ammunition located on the tv stand.





b. One Glock 9mm firearm magazine located on a tv tray.

c. Two rounds of 9mm ammunition on the floor near the northwest corner.

d. One round of 9mm ammunition located on top of clothes inside open bin near northwest corner.

e. One round of 9mm hollow point ammunition located underneath the bed.





f. Court documents in the name of Tyrell BROWNNEE.




g. Several cellular devices.

10. Based on my review of the personal property in the basement bedroom, it appeared the bedroom belonged to BROWNNEE.

11. On or about September 2, 2025, BROWNNEE became a convicted felon when his HYTA probation was revoked in the Third Circuit Court, Wayne County (24-0006283-01-FH).

12. During a Mirandized interview with BROWNNEE, he acknowledged his felony conviction.

13. On August 27, 2026, Special Agent Michael Jacobs, an ATF Interstate Nexus Expert, physically examined several rounds of ammunition from the basement and confirmed that the rounds met the definition of ammunition under 18 U.S.C. § 921 (a)(17)(A), were manufactured outside of the state of Michigan, and had therefore traveled in and affected interstate commerce.

## CONCLUSION

14. Probable cause exists that Tyrell BROWNNEE, knowing that he had previously been convicted of a crime punishable by more than one year of imprisonment, knowingly possessed ammunition, that had travelled in or affected interstate commerce in violation of Title 18 U.S.C. § 922(g)(1). This violation occurred on August 27, 2026, within the Eastern District of Michigan.

Respectfully submitted,

Sami Rasmussen

Samantha Brockmiller-Rasmussen, Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means

Hon. Kimberly G. Altman
United States Magistrate Judge

Dated: August 27, 2026